CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 3 0 2016

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEBBIE S. HAYSLETT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:14cv00631 |
| CAROLYN W. COLVIN, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion entered this day, the magistrate judge's report and recommendation is **ADOPTED** in its entirety (ECF No. 26), plaintiff Debbie S. Hayslett's motion for summary judgment is **DENIED** (ECF No. 14), and the Commissioner's motion for summary judgment is **GRANTED** (ECF No. 18). The Commissioner's final decision is thus **AFFIRMED**, and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: 03-30-2016

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge